UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:22-cv-14 |
| EMBRACE IOWA, INC., d/b/a EMBRACE IOWA, and JULIE KALAMBOKIDIS, Individually, | ) ) ) ) ) | |
| Defendants. | ) ) | |

# COMPLAINT

Pursuant to Section 217 of the Fair Labor Standards Act, of 1938, as amended (29 U.S.C. § 201 et seq.) ("FLSA"), Plaintiff, Martin J. Walsh, Secretary of Labor, United States Department of Labor ("Secretary"), brings this action to enjoin and restrain the defendants Embrace Iowa, Inc. d/b/a Embrace Iowa ("Embrace Iowa"), and Julie Kalambokidis, individually, (collectively, "Defendants") from violating §§ 206, 207, 211, 215(a)(2) and 215(a)(5) of the FLSA and to recover unpaid compensation for Defendants' employees.

The Secretary, through the Wage and Hour Division, conducted an investigation of Defendants for compliance with the FLSA. The Secretary's investigation reviewed Defendants' employment and pay practices from October 5, 2017 through October 5, 2019 (the "Investigation Period"). Unless stated otherwise, all allegations and conditions described herein pertain to the Investigation Period.

### Jurisdiction and Venue

1. This Court has jurisdiction of this case. 29 U.S.C. §§ 216(c), 217 and 28 U.S.C. § 1345.

2. This Court is the proper venue because all or a substantial part of the events or omissions giving rise to these allegations occurred in this judicial district.

### Defendants

3. Defendant Embrace Iowa is a corporation within this Court's jurisdiction with an office at 14 N. Walnut Street, Glenwood, Iowa 51534 where it conducts business.

4. Defendant Embrace Iowa is a home care (non-medical) and home healthcare provider.

5. Defendant Kalambokidis has actively managed and supervised Embrace Iowa's operations and its employees during the Investigation Period. Among other things, Kalambokidis sets policies and procedures of the business, hires and fires employees, is in charge of all significant financial decisions, and is involved in day-to-day activities.

6. Defendant Kalambokidis has acted directly or indirectly in Embrace Iowa's interests with respect to its employees and is therefore an "employer" under the FLSA. 29 U.S.C. § 203(d).

7. During the Investigation Period, Defendants engaged in business within Mills County, Iowa, within this Court's jurisdiction.

### The FLSA Applies to Defendants

8. Defendant Embrace Iowa employs domestic service employees who provide home healthcare and non-medical home care for elderly and/or disabled clients, including individual and group respite care, personal care services and supported community living, which

affects interstate commerce under the FLSA. 29 U.S.C. § 202(a).

9. Defendant Embrace Iowa is an "enterprise" under the FLSA due to its related activities performed through unified operation or common control and for a common business purpose. 29 U.S.C. § 203(r).

10. Defendant Embrace Iowa is an "enterprise engaged in commerce" under the FLSA, because it had (i) two or more employees who are engaged in or produced goods for commerce; and (ii) an annual gross volume of sales or business done greater than $500,000 during the Investigation Period. 29 U.S.C. § 203(s)(1)(A).

### FLSA Violations

11. Defendants violated §§ 207 and 215(a)(2) of the FLSA when they failed to pay their employees one-and-one-half times their regular rates for hours worked in excess of 40 in a workweek.  29 U.S.C. §§ 207(a)(1), 215(a)(2).

12. Defendants violated §§ 211 and 215(a)(5) of the FLSA when they failed to keep complete and accurate records. 29 U.S.C. §§ 211, 215(a)(5), 29 C.F.R. Part 516.  Defendants failed to maintain accurate records of hours worked each workday by employees and because some records were missing.

### Remedies Sought

13. As a result of their FLSA violations, Defendants have unlawfully withheld unpaid compensation from their employees.

### Prayer for Relief

As a result of Defendants' repeated FLSA violations, the Secretary respectfully requests this Court enter an Order:

A. Permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those in active concert or participation with them, from withholding unpaid compensation found owing to Defendants' employees. 29 U.S.C. § 217(a).

B. Permanently enjoining and restraining Defendants, their officers, agents, servants, employees, and those in active concert or participating with them, from violating Sections 211 and 215(a)(5) of the FLSA. 29 U.S.C. § 217(a).

C. Providing such other relief as may be necessary and appropriate.

D. Awarding costs and granting such other and further relief as may be necessary and appropriate.

**SEEMA NANDA**
Solicitor of Labor

**CHRISTINE Z. HERI**
Regional Solicitor

**EVERT H. VAN WIJK**
Associate Regional Solicitor

/s/ Dana M. Hague
DANA M. HAGUE
KS Bar No. 21572
U.S. Department of Labor
Office of the Solicitor
2300 Main Street, Suite 10100
Kansas City, Missouri 64108
(816) 285-7289
hague.dana.m@dol.gov

*Attorneys for Plaintiff Martin J. Walsh, Secretary of Labor, United States Department of Labor*